IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| VALERIE WILSON O/B/O, JAMES WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-5045-SW-DW-SSA |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Defendant's Motion to Remand and Reverse. (Doc. 13). The Court GRANTS the Commissioner's request to reverse the decision of the Administrative Law Judge (ALJ) and remand this action to Defendant pursuant to sentence four of section 205(g), 42 U.S.C. § 405(g).

The Appeals Council is ordered to direct the ALJ further develop the record as necessary, including further evaluation of the opinion evidence in accordance with 20 C.F.R. § 416.927 and Social Security Ruling 06-3p, and further evaluation of Plaintiff's limitations pursuant to 20 C.F.R. §§ 416.924 and 416.926a. The ALJ should contact the psychological sources to provide clarification of their assessments. In addition, the ALJ should obtain a psychological consultative examination and psychiatric medical expert testimony. The ALJ will give Plaintiff the opportunity to submit additional evidence and testify at a supplemental hearing. The ALJ shall also consider whether a subsequent claim should be consolidated with the current claim.

The Court enters a final judgment in this case pursuant to Federal Rule of Civil Procedure

58; the above-styled case is reversed and remanded. Brown v. Barnhart, 282 F.3d 580 (8th Cir. 2002).

Date: March 11, 2008 /s/ Dean Whipple
Dean Whipple
United States District Judge